# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-14-00034-002          DATE: August 01, 2014

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori             Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 4:05 - 4:20

**APPEARANCES:**
Defendant: Byong Hee Kang               Attorney: David Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.       ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Stephen Leon Guerrero     U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:                             Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Court informed the parties that there was no court interpreter for this hearing and arraignment will be continued. No objections by the parties.
- Court granted the motion to unseal filed by the government.
- Court addressed the release of the defendant. Probation made recommendations for the defendants release, parties had no objections to the recommendations made by probation.
- Mr. Lujan to appear via video conference from the District Court in Sapian.
- Continued Arraignment on the Indictment is set for August 12, 2014 at 8:30 a.m.
- Defendant released.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using ForTheRecord TheRecord Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: