LUJAN AGUIGUI & WOLFF LLP
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Counsel for Byong Hee Kang*



FILED
DISTRICT COURT OF GUAM
SEP 24 2014
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BYONG HEE KANG,<br><br>　　　　　　　　Defendant. | Criminal Case 14-00034-02<br><br>DECLARATION OF HAEWON AEVERMANN RE MOTION TO CONTINUE HEARING ON MOTION TO DISQUALIFY COUNSEL AND TO SET TRIAL DATE NO EARLIER THAN APRIL OF 2015 |

I, Haewon Aevermann, declare:

1. I am a citizen of the United States and self-employed as an interpreter and translator of the Korean and English languages.

2. The statements that I make are based on my personal knowledge and I am competent to testify to these matters.

3. Since Byong Hee Kang first appeared in Court in *United States of America v. Byong Hee Kang*, Criminal Case 14-00034, I have assisted him in communicating with his chosen counsel, David J. Lujan, and in meetings with representatives of the U.S. Probation Office for Guam. I also assisted Kang recently in Seoul, Korea, where he is undergoing treatment for health issues at Wooridul Hospital.

4. Sang-Ho Lee, M.D., of the Wooridul Hospital, informed me that on September 23, 2014, Kang was admitted to the hospital due to diabetes complications and that he is expected to remain in the hospital through October 10, 2014, or longer. Dr. Lee also informed me that

he expects to be treating Kang with 30 sessions of physiotherapy and Fosteo injections that will continue into December, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Hagatna, Guam, September 24, 2014.

Haewon Aevermann

## CERTIFICATE OF SERVICE

I, David J. Lujan, certify that I caused a copy of the foregoing declaration to be served on the following individuals or entity on September 24, 2014, via hand delivery at the following address:

Office of the United States Attorney
Stephen Leon Guerrero
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

James Maher
300 DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910
*Counsel for Guam Construction Company*

Howard Trapp
200 Saylor Building
139 East Chalan Santa Papa
Hagatna, Guam 96910
*Counsel for Choon Hee Kang*

Dated this 24th day of September, 2014.

LUJAN AGUIGUI & PEREZ LLP

By: _____
David J. Lujan